USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/13/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALENTIN REID, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

SWANSON HEALTH PRODUCTS, INCORPORATED,

Defendant.

No. 19-CV-7975 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff Valentin Reid filed this action against Defendant Swanson Health Products, Incorporated on August 26, 2019. An initial status conference is scheduled for December 20, 2019. *See* Dkt. 5. As of today's date, however, Defendant has not answered or otherwise appeared in this action. No later than December 16, 2019, Plaintiff shall file proof of service on the docket or, if service has not yet been effectuated, Plaintiff shall update the Court as to its efforts to serve Defendant. The initial conference scheduled for December 20, 2019 is hereby adjourned *sine die*.

SO ORDERED.

Dated: December 13, 2019
New York, New York

Ronnie Abrams
United States District Judge